# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ROBERTS, JR., <br><br> Petitioner, <br><br> v. <br><br> TIM VIRGA, Warden, <br><br> Respondent. | Case No. CV 12-1050-CJC (JEM) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that Respondent's Motion to Dismiss be denied. Respondent shall file an Answer to the Petition within thirty (30) days of this Order. Petitioner may file a Reply within thirty (30) days of service of the Answer.

DATED: August 15, 2012

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE