JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ROBERTS, JR., <br>             Petitioner, <br>     v. <br> TIM VIRGA, Warden, <br>             Respondent. | Case No. CV 12-1050-CJC (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: February 19, 2014

                                        CORMAC J. CARNEY
                            UNITED STATES DISTRICT JUDGE